**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    vs                                                                    Case No. 3:03cr127LAC

CHRISTOPHER M. DEES

_____

**ORDER**

Your document, **MOTION REQUESTING TRANSCRIPTS OF CLOSING ARGUMENT**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 19th day of October, 2005.

                                                *s/L.A. Collier*
                                                LACEY A. COLLIER
                                                SENIOR UNITED STATES DISTRICT JUDGE