IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              3:03cr127/LAC
                                                 3:06cv195/LAC/MD

CHRISTOPHER M. DEES
_____

## ORDER

The defendant has filed a notice of appeal (doc. 454) and a motion for certificate of appealability (doc. 455) with respect to the order entered on September 28, 2007 (doc. 452).  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of September 28, 2007, a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed.  The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal.  Accordingly, the $455.00 filing fee shall be paid within 30 days from the date of this order.

DONE AND ORDERED this 25th day of October, 2007.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**